UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES RIGGINS,<br><br>            Plaintiff,<br>   v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security<br><br>            Defendant. | NO: 2:15-CV-37-RMP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand, **ECF No. 19**. The parties move the Court to remand the above-captioned case for further administrative proceedings before an Administrative Law Judge, a *de novo* hearing, a reevaluation of Plaintiff's medical record, credibility, and residual functional capacity, and a new decision regarding Plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act. ECF No. 19.  Plaintiff is represented by D. James Tree.  Assistant United States Attorney Pamela J. DeRusha and Social Security Administration counsel Franco L.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Becia represent Defendant.  The Court has reviewed the motion, all relevant filings, and is fully informed.  The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED**.

2. Plaintiff's Motion for Summary Judgment, **ECF No. 14**, is **STRICKEN as moot.**

3. **Judgment** shall be **ENTERED** for Plaintiff.

4. Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision in regard to Plaintiff's application for supplemental security income benefits under Title XVI of the Social Security Act is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings before an Administrative Law Judge, a *de novo* hearing, and a new decision. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

5. **Upon remand**, the Administrative Law Judge will conduct a new hearing, further develop the record, and issue a new decision. The ALJ will reevaluate and further develop the medical evidence or record. The ALJ will reevaluate Plaintiff's credibility and residual functional capacity. The ALJ will reevaluate steps two, three, four, and five of the sequential evaluation process, with the assistance of a vocational expert if necessary.


6. The Court will consider an application from Plaintiff for **reasonable attorney fees and costs** pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The District Court Clerk is directed to enter this Order, to provide copies to counsel, and to **close** this case.

**DATED** this 23rd day of November 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Judge